

U.S. Department of Justice

United States Attorney
Eastern District of New York

ALB:CPK:BTR
F. #2016R01831

610 Federal Plaza
Central Islip, New York 11722

June 27, 2019

By ECF

The Honorable Joan M. Azrack
United States District Judge
United States District Court
920 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Enayatullah Khwaja , et al
              Docket No. 18-CR-607 (JMA)

            United States v. Mahmoud Ali Barakat, et al
              Docket No. 18-CR-292 (S-1)(JMA)

Dear Judge Azrack:

      The government respectfully submits this letter in response to the third of six Court Orders issued from the bench on June 13, 2019 at a conference in the above-referenced cases. All six Court Orders directed the Government to take specified action by a date certain. The third Order directed the government to file a letter by June 27, 2019 setting forth the government's position regarding the disposition of jewelry seized from the defendants. The three seizures of jewelry in issue were:

1. Jewelry contained in TD Bank Safe Deposit Box Number 529;
2. Jewelry contained in Bethpage Federal Credit Union Safe Deposit Box Number 58; and
3. Jewelry contained in Habib American Bank Safe Deposit Box Number 24.

All three seizures listed above have been the subject of disposition orders issued by the U.S. Customs and Border Protection of the Department of Homeland Security. All three

disposition notices were issued to the respective defense counsel on June 18, 2019 notifying them that the jewelry from the three seizures was available for pickup.

                                         Respectfully submitted,

                                         RICHARD P. DONOGHUE
                                         United States Attorney

By:    /s/_____
           Charles P. Kelly
           Burton T. Ryan
           Madeline O'Connor
           Assistant U.S. Attorneys
           (631) 715-7866

cc:    All Defense Counsel
      (via ECF and E-Mail)